IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:05CR130 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| v. | ) | |
| | ) | |
| TERRY MULLER, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER came before the Court on the 21st day of November, 2005, on the Motion of the Defendant for an order to seal document. (Filing No. 12)

The Court, being fully advised in the premises, finds that the Motion should be granted.

IT IS THEREFORE ORDERED that the document named in Defendant's Motion to Seal Document shall be filed under seal.

Dated this 21st day of November 2005.

BY THE COURT:


S/ F.A. Gossett
United States Magistrate Judge