IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 8:05CR130 |
| ) | |
| TERRY L. MULLER, ) | **SCHEDULING ORDER** |
| ) | |
| Defendant. ) | |

    IT IS ORDERED that the following is set for hearing on **December 5, 2005** at **1:30 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

    - Bond Hearing

    Since this is a criminal case, the defendant must be present, unless excused by the Court.

    DATED this 2nd day of December, 2005.

                                BY THE COURT:

                                s/ F.A. Gossett
                                United States Magistrate Judge